UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-80896-GAYLES/TURNOFF

**CORCEL CORPORATION, INC.,**
    **Plaintiff,**

   v.

**FERGUSON ENTERPRISES, INC., et al.,**
    **Defendants.**
                 /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge William C. Turnoff's Report and Recommendation [ECF No. 441] (the "Report"), entered on September 12, 2016. By Endorsed Order entered on January 12, 2016 [ECF No. 436], this Court referred to Judge Turnoff Defendant Ferguson Enterprises, Inc.'s ("Ferguson Enterprises") Verified Motion and Memorandum in Support of Bill of Costs [ECF No. 429] for a Report and Recommendation. Judge Turnoff's Report recommends that this Court grant Ferguson Enterprises' motion in part, with an award in the amount of $17,215.43 in costs. Objections to the Report were due by September 29, 2016. To date, no objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note. The Court has undertaken this

review and has found no clear error in the analysis and recommendations stated in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) the Report [ECF No. 441] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Defendant Ferguson Enterprises, Inc.'s Motion for Bill of Costs [ECF No. 429] is **GRANTED IN PART**. Plaintiff Corcel Corporation, Inc., shall remit payment to Defendant Ferguson Enterprises, Inc., in the amount of $17,215.43.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE